**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric John Lanzieri, ) | No. CV 04-2514-PHX-JAT |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Arizona Attorney General; et al., ) | |
| Respondents. ) | |

Pending before the Court is the Petition for Writ of Habeas Corpus filed by Petitioner, Eric John Lanzieri.[1] On September 13, 2005, the Magistrate Judge issued a Report and Recommendation which recommends that the Petition in this case be denied (Doc. #12). No objections to the Report and Recommendation have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1126 (D.Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

---

[1] Petitioner's last name in the docket of this case is listed as Lanzier.

1  courts are not required to conduct "any review at all . . . *of any issue* that is not the subject
2  of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28
3  U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the
4  [report and recommendation] to which objection is made.").

5  No objections having been made,

6  **IT IS ORDERED** that the Report and Recommendation (Doc. #12) is accepted and
7  adopted, the Petition in this case is denied, with prejudice, and the Clerk of the Court shall
8  enter judgment accordingly.

9  DATED this 10th day of November, 2005.

_____
James A. Teilborg
United States District Judge

- 2 -